12-13000388CW

IN THE SUPREME COURT OF TEXAS

-- -- -- --

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 07 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

NO. 14-1039

JOAQUIN INDEPENDENT
SCHOOL DISTRICT
v.
SHELBY COUNTY APPRAISAL
DISTRICT, ET AL.

§
§
§
§
§
§
§

Shelby County,

12th District.

February 27, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

April 17, 2015

Petitioner's motion for rehearing of petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

It is further ordered that petitioner, JOAQUIN INDEPENDENT SCHOOL DISTRICT, pay all costs incurred on this petition.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 6th day of May, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk